**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JULIO MARANON,**

        **Plaintiff,**

**-vs-**                              **Case No.  6:07-cv-1160-Orl-22DAB**

**APPLIANCE DIRECT, INC.,**

        **Defendant.**
_____

**ORDER**

This cause is before the Court on Plaintiff's Motion for Taxation of Attorney's Fees and Costs (Doc. No. 30) filed on December 7, 2007.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 21, 2007 (Doc. No. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Taxation of Attorney's Fees and Costs (Doc. No. 30) is GRANTED IN PART.

   3. The Clerk is directed to enter a judgment providing that the Plaintiff, Julio Maranon recover of the Defendant, Appliance Direct, Inc. $7,750.00, plus attorney's fees in the amount of $3,750.00, for a total sum of $11,500.00.

   4. Costs shall be taxed by the Clerk in the ordinary course.

   5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 16, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge