**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JULIO MARANON,**

          **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No.  6:07-cv-1160-Orl-22DAB**

**APPLIANCE DIRECT, INC.,**

          **Defendant.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **FIRST MOTION REQUIRING DEFENDANT TO COMPLETE FACT INFORMATION SHEET IN AID OF EXECUTION (Doc. No. 38)**
>
> **FILED:** **March 19, 2008**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Although the motion fails to comply with Local Rule 3.01(g), as Plaintiff appears to be entitled to the Order as a matter of course under the procedure of the state rule, the motion is **granted.** *See* Rule 69(a)(2), Fed. R. Civ. P (2008) (allowing a judgment creditor to obtain discovery in aid of execution "as provided in these rules or by the procedure of the state where the court is located."); Fla. R. Civ. P., Rule 1.560 ("In addition to any other discovery available to a judgment creditor under this rule, the court, at the request of the judgment creditor, shall order the judgment debtor or debtors to complete form 1.977, including all required attachments, within 45 days of the order or such other reasonable time as determined by the court.") Defendant is **ordered** to complete the Fact Information

Sheet attached to the motion and serve same on Plaintiff's attorney within forty five calendar days of the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on April 7, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record